**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AALIYAH ZAKAT, pro se; Minor, | No. 13-35511 |
| Plaintiff - Appellant, | D.C. No. 2:13-cv-00010-JLR |
| v. | |
| HIGHLINE SCHOOL DISTRICT, Susan Enfield, Superintendant; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
James L. Robart, District Judge, Presiding

Submitted November 18, 2014[**]

Before:    LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

Aaliyah Zakat appeals pro se from the district court's orders denying her

motions for reconsideration of its orders dismissing her diversity action for lack of

subject matter jurisdiction and denying her prior reconsideration motions.  We

_____

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993) (motion for reconsideration); *Hinton v. Pac. Enters*., 5 F.3d 391, 395 (9th Cir. 1993) (compliance with local rules). We affirm.

The district court did not abuse its discretion by denying Zakat's second and third motions for reconsideration because Zakat failed to establish a basis for such relief. *See* W.D. Wash. R. 7(h)(1) (setting forth grounds for reconsideration under local rules); *Sch. Dist. No. 1J, Multnomah Cnty., Or.*, 5 F.3d at 1263 (setting forth grounds for reconsideration under the Federal Rules of Civil Procedure).

**AFFIRMED**.